UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RETHA A. THOMAS,**

    **Plaintiff,**

    v.

**FRANKLIN COUNTY
MUNICIPAL COURT, et al.,**

    **Defendants.**

Case No. 2:14-cv-400
**JUDGE GREGORY L. FROST**
**Magistrate Judge Mark R. Abel**

### ORDER

This matter is before the Court for consideration of the Magistrate Judge's Initial Screening Report and Recommendation. (ECF No. 3.) The Magistrate Judge addressed Plaintiff's 42 U.S.C. § 1983 claim, recommended that the Court dismiss the complaint, and advised that the failure to object within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id.* at Page ID # 24.) The Court has reviewed the Initial Screening Report and Recommendation. Noting that no objections have been filed, that the time for filing such objections has expired, and that the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the Initial Screening Report and Recommendation (ECF No. 3) and **DISMISSES** this action. The Clerk shall enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                               /s/ Gregory L. Frost
                                               GREGORY L. FROST
                                               UNITED STATES DISTRICT JUDGE